**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 02-7545**

————————

WAYMARE BILLUPS,

Plaintiff - Appellant,

versus

WALTER G. EDWARDS, JR.,

Defendant - Appellee.

————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief
District Judge.  (CA-02-663-5-BO)

————————

Submitted:  December 16, 2002          Decided:  December 23, 2002

————————

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Waymare Billups, Appellant Pro Se.

————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Waymare Billups appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Billups v. Edwards</u>, No. CA-02-663-5-BO (E.D.N.C. Sept. 24, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2